FILED
MAY 1 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM ROY ECCLEFIELD,<br><br>　　　　　　Defendant. | Case No.: 99cr02970-BEN<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 26, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge